XAVIER BECERRA
Attorney General of California
TAMAR PACHTER
Supervising Deputy Attorney General
SHARON L. O'GRADY
Deputy Attorney General
State Bar No. 102356
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5899
  Fax: (415) 703-1234
  E-mail: Sharon.OGrady@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **RENE MEDINA,**<br><br>                      Plaintiff,<br><br>v.<br><br>**XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL of the STATE of CALIFORNIA, WAYNE QUINT, JR., in his official capacity as the CHIEF of the CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU of GAMBLING CONTROL, an agency of the STATE of CALIFORNIA, and JIM EVANS, LAUREN HAMMOND, and, TRANG TO, in their official capacities as members of the CALIFORNIA GAMBLING COMMISSION, an agency of the STATE of CALIFORNIA, and DOES ONE through FIFTY, inclusive,**<br><br>                      Defendants. | 3:17-cv-03293<br><br>**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT** : ORDER<br><br>Judge:       The Honorable Charles R. Breyer<br>Trial Date:   No trial date set<br>Action Filed: June 7, 2017 |

1 | Pursuant to Civil Local Rule 6-1(a), the parties hereby stipulate to the following:

2 | WHEREAS, on June 7, 2017, Plaintiffs filed the operative complaint ("Complaint") in this matter;

WHEREAS, on June 21, 2017, Plaintiffs served the complaint on Defendants XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL of the STATE of CALIFORNIA, WAYNE QUINT, JR., in his official capacity as the CHIEF of the CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU of GAMBLING CONTROL, an agency of the STATE of CALIFORNIA, and JIM EVANS, LAUREN HAMMOND, and, TRANG TO, in their official capacities as members of the CALIFORNIA GAMBLING COMMISSION, an agency of the STATE of CALIFORNIA (collectively, Defendants);

WHEREAS, Defendants have requested an extension of time to answer or otherwise respond to the Complaint to July 26, 2017, without prejudice to their right to seek a further extension;

WHEREAS, Plaintiffs have agreed to Defendants' request for an extension of time to July 26, 2017.

NOW, THEREFORE, the Parties hereby stipulate that Defendants XAVIER BECERRA, in his official capacity as ATTORNEY GENERAL of the STATE of CALIFORNIA, WAYNE QUINT, JR., in his official capacity as the CHIEF of the CALIFORNIA DEPARTMENT OF JUSTICE, BUREAU of GAMBLING CONTROL, an agency of the STATE of CALIFORNIA, and JIM EVANS, LAUREN HAMMOND, and, TRANG TO, in their official capacities as members of the CALIFORNIA GAMBLING COMMISSION, an agency of the STATE of

CALIFORNIA shall have an extension of time to July 26, 2017, to answer or otherwise respond to the Complaint.

Dated: July 7, 2017

XAVIER BECERRA
ATTORNEY GENERAL OF CALIFORNIA


By: /s/_____
   SHARON L. O'GRADY
   Deputy Attorney General
   Attorneys for Defendants


Dated: July 7, 2017

GEARINGER LAW GROUP
Brian Gearinger

SCOTT FIRM
John Houston Scott
Lizabeth N. De Vries


By: /s/_____
   BRIAN GEARINGER
   Attorneys for Plaintiff Rene Medina

Date: July 10, 2017

APPROVED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3

**ATTESTATION**

I, Sharon L. O'Grady, am the ECF user whose identification and password are being used to file the STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT. In compliance with Local Rules 5(i)(3) and 6-1(a), I hereby attest that Brian Gearinger has concurred in this filing.

SA2017107762
Medina Stipulation re EOT 20998178.doc

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Medina, Rene v. Xavier Becerra, et al.** | No. | **3:17-cv-03293** |

I hereby certify that on <u>July 7, 2017</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on <u>July 7, 2017</u>, at San Francisco, California.

| Nelly Guerrero | /s/ Nelly Guerrero |
|---|---|
| Declarant | Signature |

SA2017107762
20998855.doc